**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eusebio R.F.,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-04046 (MJD/EMB)

---

Pamela Marie Guerrero, Bienvenidos Law Firm, Inc., Counsel for Petitioner.

Carl Berry, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

---

On October 2, 2026, the Court granted Petitioner Eusebio R.F.'s Petition for Writ of Habeas Corpus. (Doc. 8.) As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized and notify the Court within 48 hours to confirm that the release occurred.

On October 8, 2026, Respondents provided a status update informing the Court that Petitioner was released with his property on October 4, 2026. (Doc. 10.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Eusebio R.F.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 13, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court